# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 8:05CR274 |
| vs. | ) | |
| | ) | ORDER |
| ELIGIO GONZALEZ-NOYOLA, | ) | |
| Defendant. | ) | |

Before the court is Attorney Carlos A. Monzon's Motion to Withdraw [14] as counsel for the defendant due to a conflict with the Federal Public Defender's Office. Good cause being shown, the motion will be granted and the court will appoint a CJA panel attorney.

IT IS SO ORDERED:

1. That the Motion to Withdraw [14] filed by Attorney Carlos A. Monzon is granted;

2. The court will appoint a CJA panel attorney by separate order.

DATED this 18th day of August, 2005.

BY THE COURT:

s/ F. A. Gossett
U.S. Magistrate Judge