# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 8:05CR274 |
| vs. | ) | |
| | ) | SCHEDULING ORDER |
| ELIGIO G. GONZALEZ-NOYOLA and ROSIO CRUZ, | ) ) ) | |
| Defendants. | | |

Eligio G. Gonzalez-Noyola has filed a motion to continue the jury trial now set for September 6, 2005. The motion states that a waiver of speedy trial can be presented to and executed by the movant at the arraignment on the Superseding Indictment on September 1, 2005.

**IT THEREFORE IS ORDERED** that the MOTION TO CONTINUE TRIAL (#23) is held in abeyance until the defendants' arraignments on the Superseding Indictment, now set for September 1, 2005.

**DATED August 26, 2005.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge