## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:05CR274 |
| vs. | ) | |
| | ) | ORDER |
| ELIGIO GONZALEZ-NOYOLA, | ) | |
| ROSIO CRUZ, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that the following are set for hearing on **September 1, 2005** at **3:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

- Motion to Continue Trial [23] filed by defendant Eligio Gonzalez-Noyola
- Motion to Continue [26] filed by the government
- Objection to Continuance [27] filed by defendant Rosio Cruz

Since this is a criminal case, the defendants must be present, unless excused by the Court.

DATED this 30th day of August, 2005.

BY THE COURT:

s/ F. A. Gossett
U.S. Magistrate Judge