IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:05CR274 |
| vs. | ) | |
| | ) | ORDER |
| ELIGIO NOYOLA-GONZALES and ROSIO CRUZ, | ) ) | |
| | ) | |
| Defendants. | ) | |

**IT IS ORDERED:**

1. The following motions are set for evidentiary hearing on **October 25, 2005** at **1:30 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

   - Motion for Relief from Joinder, Motion for Separate Trials [34] and Motion to Inspect Video and Sound Equipment [35] filed by defendant Rosio Cruz

Since this is a criminal case, the defendant must be present, unless excused by the Court.

2. The government's Motion to Change Trial Date [32] is denied as moot. A final trial date will be set by further order of the court.

**DATED this 23rd day of September, 2005.**

BY THE COURT:

s/ F. A. Gossett
**U.S. Magistrate Judge**