# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 8:05CR274 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **ELIGIO G. GONZALEZ-NOYOLA,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Michael D. Nelson to withdraw as counsel for the defendant, Eligio G. Gonzalez-Noyola [57]. Since retained counsel, Hugh I. Abrahamson, has entered an appearance for the defendant [54], the motion to withdraw [57] is granted. Mr. Nelson shall be deemed withdrawn as attorney of record and shall forthwith provide Mr. Abrahamson with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Nelson which are material to the defendant's defense.

**IT IS SO ORDERED.**

DATED this 6th day of December, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge