IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 8:05CR274 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **SCHEDULING ORDER** |
| ELIGIO GONZALEZ-NOYOLA, ) | |
| ) | |
| Defendant. ) | |

**IT IS ORDERED** that the following is set for hearing on **Tuesday, February 21, 2006 at 9:00 a.m.** before Magistrate Judge F. A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18 Plaza, Omaha, Nebraska:

- Motion to Suppress [#68] filed by the defendant

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 18th day of January 2006.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge