# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:05CR274 |
| vs. | ) | |
| | ) | ORDER |
| ELIGIO GONZALEZ-NOYOLA, | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court is defendant's Motion for Extension of Time to File Brief in Support of Motion to Suppress Evidence [86]. The government does not object to the extension. Good cause being shown, the motion will be granted.

IT IS ORDERED:

1. That the defendant's Motion for Extension of Time to File Brief in Support of Motion to Suppress Evidence [86] is granted. Defendant's brief shall be filed on or before April 21, 2006.

2. If deemed necessary by counsel, the government's reply brief shall be filed on or before April 28, 2006.

3. Defendant requested two days to respond to the government's reply brief. Therefore, the defendant's reply brief shall be due on or before May 3, 2006.
.

DATED this 18th day of April, 2006.

                                                    **BY THE COURT:**

                                                    **s/ F. A. Gossett**
                                                    **U.S. Magistrate Judge**