## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR274** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **ELIGIO G. GONZALEZ-NOYOLA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on its motion.

On May 9, 2006, the Honorable F.A. Gossett filed a Report and Recommendation (Filing No. 99) recommending that the Defendant's motion to suppress (Filing No. 68) be denied. If the Defendant does not object to the Report and Recommendation, defense counsel shall notify the Court as soon as possible of this decision by filing a notice of a lack of intent to object. If the Defendant files objections, the usual deadlines set out in NECrimR 57.3 apply.

IT IS SO ORDERED.

DATED this 9th day of May, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge